*Exhibit 2*

# Biennial Statement

NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
www.dos.ny.gov

**BUSINESS NAME:** ANTURIO MARKETING, INC.

**FILING PERIOD:** 03/2015

### Part 1 - Chief Executive Officer's Name and Business Address

| Field | Value |
|---|---|
| Name | PETER KHAIM |
| Address Line 1 | 98-40 64TH AVE |
| Address Line 2 | STE 1H |
| City | REGO PARK |
| State | NY |
| Zip Code | 11374 |

### Part 2 - Street Address of Principal Executive Office (A Post Office Box cannot be used)

| Field | Value |
|---|---|
| Corporation Name | ANTURIO MARKETING INC |
| Address Line 1 | 98-40 64TH AVE |
| Address Line 2 | STE 1H |
| City | REGO PARK |
| State | NY |
| Zip Code | 11374 |

### Part 3 - Service of Process Address (Address must be within the United States or its territories)

| Field | Value |
|---|---|
| Name | ANTURIO MARKETING, INC. |
| Address Line 1 | 98-40 64TH AVE |
| Address Line 2 | STE 1H |
| City | REGO PARK |
| State | NY |
| Zip Code | 11374 |

### Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

| Field | Value |
|---|---|
| Electronic Signature | PETER KHAIM |
| Capacity of Signer | OFFICER |

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 03/27/2015**
**FILING NUMBER: 150327006201 - 4067750**