| | | |
|---|---|---|
| **GTPC** **GARY TSIRELMAN P.C.** ATTORNEYS & COUNSELORS AT LAW | | 129 LIVINGSTON STREET SECOND & THIRD FLOORS BROOKLYN, NY 11201 T: (718) 438-1200 • F: (718) 438-8883 nbowers@gtmdjd.com |

| Gary TSIRELMAN M.D. | Stefan BELINFANTI | Douglas MACE |
|---|---|---|
| Darya KLEIN | Ilya MURAFA | Jennifer RAHEB |
| Selina CHIN | Nicholas BOWERS | Evan POLANSKY |
| David GOTTLIEB | | |

11/9/2018

BY ECF
Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *State Farm Mutual Automobile Insurance Company, et al., v.21st Century Pharmacy, Inc., et al., Index No. 17-cv-05845*; Motion to extend time to file

Dear Judge Scanlon:

We write on behalf of third party New Business Funding, Inc., ("NBF") to request an extension of time from November 9, 2018, to November 14, 2018, to object in writing to the Court's order to appear for an in-person hearing to show cause for its failure to respond to the Court's prior orders.

NBF requests this extension because it retained the undersigned as counsel today and counsel requires the additional time to produce any objections, should they be necessary.

The undersigned contacted Plaintiffs' counsel this morning and again this afternoon to inquire whether Plaintiffs consent to this extension. Plaintiffs' counsel has not yet responded. In the interest of expediency, and because the deadline is today, NBF files this motion.

Thank you for your consideration of this letter.

                                                                    Respectfully,
                                                                    /s/ _____
Cc:  All Counsel via ECF                         Nicholas Bowers, Esq.
                                                                   *Counsel for Parties Named Herein*
                                                                    Gary Tsirelman P.C.
                                                                    129 Livingston, 2nd Floor
                                                                    Brooklyn NY 11201