**Record of Conference and Orders: Vera M. Scanlon, USMJ**  Date: 12/17/2018

Case: <u>State Farm Mutual Automobile Ins. Co. v. 21st Century Pharm., Inc. ,et al.</u>   Status Conf. @ 12:00 PM

Civ.: 1:17-cv-05845-MKB-VMS

**ECF Recording in 13A South:**   ☐ Telephone Conference   ☑ In-person Conference

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☐ Discovery Conference ☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder   ☐ To be served   ☐ To be filed
    ☐ Complaint ☐ Answer   ☐ On consent ☐ By motion ☐ By PMC letter

☑ Joint status letter ☐ Stip of dismissal to be filed    1/25/19

☐ Status conference   Date: _____   Time: _____
    ☐ In person ☐ Telephone (718) 613-2300   To be organized by: _____

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated   ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed   ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference   Date: _____   Time: _____

Page 1 of 2

Case: State Farm        Civ. A. 17-5845.

Date: 12/7/2018

**Additional Orders:**

Counsel will subpoena Mr. Khavin for a limited deposition and document production. By 1/25/19, counsel will update the Court on the status of the Khavin deposition/claimed privilege.

Counsel are planning to meet & confer about some outstanding discovery. The parties will provide an update in the 1/25/19 letter.

Tangent has provided documents that were in physical custody of Tangent. Tangent is seeking documents available in the cloud storage. By 1/25/19, counsel for Pl & Tangent will provide an update on the production