Record of Conference and Orders: Vera M. Scanlon, USMJ          Date: 10/3/19

Case: State Farm v. 21st Century Pharmacy, et al.          Status Conference @ 9:30 AM

Civ.: 1:17-cv-05845-MKB-VMS

ECF Recording in 13A South:          ☐ Telephone Conference          ☒ In-person Conference

Counsel: *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

Conference Type:

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☒ Discovery Conference ☐ JPTO Conference ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record          [190] is denied in part & granted in part

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder          ☐ To be served     ☐ To be filed
   ☐ Complaint ☐ Answer          ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference          Date:          Time:
   ☐ In person ☐ Telephone (718) 613-2300     To be organized by:

☐ Specific depositions to be held

☒ Fact discovery closes          3/31/20

☒ Expert disclosures to be served          3/31/20

☒ Initial expert report(s) to be served          4/30/20

☒ Rebuttal expert report(s) to be served          6/30/20

☒ Expert discovery closes          6/30/20

☒ All discovery closes          6/30/20

☒ Joint letter confirming discovery is concluded          6/30/20

☒ Summary judgment to be initiated          ☒ PMC letter ☐ Briefing          7/31/20

☒ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO          8/31/20

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference          Date:          Time:

Page 1 of __

Case: State Farm v. 21st Century Pharmacy, et al.  
Date: 10/3/2019

Civ.: 1:17-cv-05845-MKB-VMS

**Additional Orders:**

The court will resolve the outstanding motions by separate order.

The court will schedule a conference after the motions are decided.

Page 2 of 2