UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, | ) ) ) |
| Plaintiffs, | ) Case No. 1:17-cv-5845 ) |
| v. | ) Hon. Margo K. Brodie ) ) Magistrate Judge ) Vera M. Scanlon |
| 21st Century Pharmacy Inc., Albert Alishayev, Iris Itskhakov a/k/a Istam Itskhakov, Peter Khaim a/k/a Peter Khaimov a/k/a Petr Khaimov, Tariel Begiyev, Express Billing & Collection Inc, Anturio Marketing, Inc., Logic Consulting, Inc., P&K Marketing Services Inc, A&P Holding Group Corp, New Business Resources Group Inc, K&L Consultants Inc, New Business Funding Inc, TBM Solution Inc, TAR Group Inc, Personal Tech Inc, Timothy Morley, D.O., Azu A. Ajudua, M.D., Vincentiu Popa, M.D., and Jo-Ann Shakarjian, M.D., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE OF MOTION FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE that Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (together, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2, will move this Court for an entry of default judgment against the defendants who have failed to answer or otherwise respond

to the Amended Complaint [Dkt. 132, 133] in this case — Tariel Begiyev, New Business Funding Inc, TBM Solution Inc, TAR Group Inc, Personal Tech Inc, Timothy Morley, D.O., and Jo-Ann Shakarjian, M.D (collectively, the "Defaulting Defendants").

WHEREFORE, for all of the reasons stated in the accompanying brief, Plaintiffs will move this Court pursuant to Fed. R. Civ. P. 55(b)(2) for entry of a default judgment against (1) Morley as to the Fourth, Fifth, Sixth, Sixteenth, and Seventeenth Claims for Relief; (2) Shakarjian was to the Tenth, Eleventh, Twelfth, Sixteenth, and Seventeenth Claims for Relief; (3) Begiyev as to the First through Fifteenth Claims for Relief; and (4) New Business Funding, TAR Group, TBM Solution, and Personal Tech as to the Second Claim for Relief.

Dated: October 30, 2019

                                Respectfully submitted,

                            By:    /s/ Jonathan L. Marks
                                      Ross O. Silverman
                                      Jonathan L. Marks
                                      Matthew R. Ryan
                                      KATTEN MUCHIN ROSENMAN LLP
                                      525 West Monroe Street
                                      Chicago, Illinois 60661-3693
                                      Telephone: 312.902.5200
                                      Facsimile: 312.902.1061
                                      ross.silverman@katten.com
                                      jonathan.marks@katten.com
                                      matthew.ryan@katten.com

                                      Christopher T. Cook
                                      KATTEN MUCHIN ROSENMAN LLP
                                      575 Madison Avenue
                                      New York, NY 10022-2585
                                      Telephone: 212.940.8800
                                      Facsimile: 212.940.8776
                                      christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*