*Exhibit 1*

Page 1

1

2   UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF NEW YORK
3   - - - - - - - - - - - - - - - - - - - - - - x
    State Farm Mutual Automobile Insurance
4   Company and State Farm Fire and
    Casualty Company,
5
                         Plaintiffs,
6
                 - against -           Case No.
7                                      1:17-cv-5845
    21st Century Pharmacy, Inc.,
8   Albert Alishayev,
    Iris Itskhakov a/k/a Istam Itskhakov,
9   Peter Khaim a/k/a Peter Khaimov a/k/a
    Petr Khaimov,
10  Tariel Begiyev,
    Express Billing & Collection Inc.,
11  Anturio Marketing, Inc.,
    Logic Consulting, Inc.,
12  P&K Marketing Services Inc.,
    A&P Holding Group Corp.
13  New Business Resources Group Inc.,
    K&L Consultants Inc.,
14  New Business Funding Inc.,
    TBM Solution Inc.,
15  TAR Group Inc.,
    Personal Tech Inc.,
16  Timothy Morley, D.O.,
    Azu A. Ajudua, M.D.,
17  Vincentiu Popa, M.D., and
    Jo-Ann Shakarjian, M.D.,
18
                         Defendants.
19  - - - - - - - - - - - - - - - - - - - - - - x
20                       September 12, 2019
                         10:37 a.m.
21
                         575 Madison Avenue
22                       New York, New York
23       30(b)(6) VIDEO-RECORDED DEPOSITION of
24          21st CENTURY PHARMACY, INC.by
25                  ALBERT ALISHAYEV

Page 2

```
 1
 2    A P P E A R A N C E S :
 3
      KATTEN MUCHIN ROSENMAN LLP
 4    Attorneys for State Farm
      575 Madison Avenue
 5    New York, New York 10022-2585
 6    BY:   JONATHAN MARKS, ESQ.
            CHRISTOPHER COOK, ESQ.
 7
 8
 9    THE RUSSELL FRIEDMAN LAW GROUP, LLP
      Attorneys for Defendant
10    3000 Marcus Avenue, Suite 2E03
      Lake Success, New York 11042
11
      BY:   CHARLES HORN, ESQ.
12
13
14
      ALSO PRESENT:
15
      PHIL GLAUBERSON, Videographer
16
17
18
19
20
21
22
23
24
25
```

```
                                          Page 76
 1                   Albert Alishayev
 2    providing compound medications about a year
 3    ago?
 4         A       The reason why I'm sitting
 5    here today.
 6         Q       What does that mean?
 7         A       Because I got sued for it.
 8         Q       And that's why you stopped
 9    doing compound medications?
10         A       Right.  And -- (indicating).
11         Q       Prior to about a year ago,
12    between August -- between August 2013 and
13    about a year ago, when you stopped doing
14    compound medications, what portion of 21st
15    Century's business was compound
16    medications?
17         A       Very little, none, maybe,
18    2 percent.
19         Q       And that's 2 percent based on
20    what; based on volume of prescriptions,
21    based on dollar value of prescriptions,
22    based on what?
23         A       Based on referrals.
24         Q       Based on the number of
25    patients?
```

```
                                              Page 77
 1                    Albert Alishayev
 2        A         Yeah.
 3        Q         Okay.  How about if we
 4   consider it based on the dollar value of
 5   prescriptions, between what -- what is the
 6   relative value of compounds versus the
 7   other services that 21st Century was doing,
 8   how does it compare?
 9        A         I don't know.
10        Q         Okay.  How about the profit
11   margin, what is the profit margin on
12   compound medications?
13        A         Significant.
14        Q         Approximately, what is it?
15        A         Depends.
16        Q         Do you have any idea what it
17   is?
18        A         No, I got to look at it first.
19   Each one varies.
20        Q         Okay.  How does the profit
21   margin on compound medications compare to
22   the other businesses of 21st Century?
23        A         I'm not sure about that.
24        Q         Well, was it the largest
25   profit margin of any -- of 21st Century's
```

```
                                             Page 78

 1                   Albert Alishayev

 2   lines of business?

 3        A        That's not true.

 4        Q        Well, that's my question --

 5   I'm asking it as a question?

 6        A        Yeah.

 7        Q        I'm not making a statement.

 8        A        No.

 9        Q        What was it?

10                 No, it wasn't?

11        A        No, it wasn't.

12        Q        What line of business was the

13   most profitable for 21st Century?

14        A        It was tablets, it was

15   patches, it was a lot -- a lot of stuff.

16        Q        So your testimony is tablets

17   and patches were --

18        A        Also profitable.

19        Q        Okay.  The profit margin on

20   tablets and patches was higher than the

21   profit margin on compound medications?

22        A        No, could be the same.

23        Q        Could be the same?

24        A        Or even more.

25        Q        Well, which is it?
```

```
                                              Page 79
 1                  Albert Alishayev
 2        A         Could be both.
 3        Q         Is it the same or more --
 4        A         Because it's different --
 5   different kinds of medications.  There's a
 6   lot of medications.  There are some
 7   medication that are high in fee schedule,
 8   there are some medication with low fee
 9   schedule.  Some medication were --
10   overpassed the compounding, some won't.
11        Q         Okay.  Well, so then the
12   medication -- during the period of time
13   you're doing compounds, the medications on
14   which there was the highest profit margin,
15   sounds like included patches, some tablets,
16   and compounds; is that correct?
17        A         Correct.
18        Q         Okay.  And I think I asked you
19   this, but I'm not sure.
20                  You don't know the profit
21   margin on compounds; is that correct?
22        A         It varies.
23        Q         Okay.  What does it vary
24   between?
25        A         Depends on the compound and
```

Page 80

                         Albert Alishayev

1

2    the amount of compound.

3         Q      Okay.  What's the low end and

4    the high end in terms of profit margin?

5         A      I need to look at it.

6         Q      Okay.  All right.  Could it be

7    as high as 50 percent?

8         A      Maybe.

9         Q      Could it be as high as

10   80 percent?

11        A      Maybe.

12        Q      Could it be as high as

13   90 percent?

14        A      Yes.

15        Q      Okay.  Were there any patches

16   that you could get 90 percent profit margin

17   on?

18        A      Maybe.

19        Q      Which ones?

20        A      Varies, different kinds.

21        Q      Well, can you tell me one?

22        A      There's -- there's a lot of

23   patches, but I can't tell you if it's

24   90 percent or 100 percent or 20 percent.  I

25   can just name you the patches.

```
                                           Page 172
 1                    Albert Alishayev
 2        Q         What was your deal?  What was
 3     the -- what were the terms of your
 4     arrangement with a marketer?
 5        A         Well, they would have to bring
 6     in work, introduce me to doctors, dinners,
 7     lunches.
 8        Q         And in exchange for that, you
 9     would pay them?
10        A         Right.
11        Q         And how would you pay them?
12     How would the --
13        A         Flat fee, 5,000 I would start
14     them off, sometimes two, three.
15        Q         Sometimes two, three?
16        A         Two or 3,000, it depends.
17        Q         So there would be a flat fee
18     per month, correct?
19        A         Yeah.
20        Q         Is that right?
21        A         Correct.
22        Q         And the marketers were
23     expected to connect you with doctors; is
24     that correct?
25        A         Right.
```

Page 173

1                    Albert Alishayev

2        Q        Right?

3        A        Correct.

4        Q        And how would the performance

5    of a marketer be evaluated?

6        A        I would ask who are the

7    doctors and run reports and see if they're

8    real or not because some of them are just,

9    you know, they just talk, say I know this

10   guy, that guy, and at the end of the month,

11   there's nothing coming in.

12                    This is why I have a probation

13   period, three months period.  If I don't see

14   anything coming in, you're out.

15       Q        So did you have a three-month

16   probation period with every marketer that

17   you worked with?

18       A        Yeah.

19       Q        And so what happens is, if I

20   understand right, the first time you sit

21   down with a marketer, the marketer says

22   these are the doctors that I can connect

23   you with, gives you a list of names of

24   doctors, right?

25       A        Right.

Page 174

1                    Albert Alishayev

2       Q        All right.  When the marketer

3    provides you with the names of the doctors,

4    is that in writing or oral?

5       A        Oral.

6       Q        Okay.  Is it ever in writing?

7       A        Sometimes writing, yeah.

8       Q        Okay.  And then during the

9    probationary period, you would go back and

10   look at the list that had been provided by

11   the marketer to see whether prescriptions

12   came in from those doctors, correct?

13      A        Some of the -- sometimes I

14   would already have doctors in the system

15   sending work and I would see if there's any

16   change.

17               MR. HORN:  Just need a quick

18        break.

19               MR. MARKS:  Off the record.

20               THE VIDEOGRAPHER:  Going off

21        the record.  The time is 2:13 p.m.

22               (A short recess was taken.)

23               THE VIDEOGRAPHER:  We're back

24        on the record.  The time is 2:16 p.m.

25      Q        So if you -- if you already

1              Albert Alishayev

2    had a doctor that you were working with, a

3    marketer brought to your attention, that

4    wouldn't be a reason for you not to have

5    that marketer go to that doctor, it would

6    just be, you would look at whether there

7    was an increase in prescriptions from that

8    doctor?

9         A        Correct.

10        Q        Okay.  And if the marketer

11   were to tell you orally who the doctors

12   were they worked with, rather than giving

13   you a list, would you write down somewhere

14   the doctors that a particular marketer

15   worked with?

16        A        Probably.

17        Q        Okay.  Well, you would have to

18   because you're going to keep track of how

19   those doctors performed to evaluate the

20   performance of the marketer, right?

21              MR. HORN:  Objection.

22        A        Sometimes.

23        Q        Where would you write down or

24   where would you keep track of which doctors

25   went with which marketers?

Page 217

1              Albert Alishayev

2              So I will run this report for

3    me to know what's going on.  These are

4    pending, resubmitting, need insurance

5    information, so like this I have a report.

6         Q     Okay.  I understand that.

7              But what I'm trying to

8    understand is what -- what does the last

9    column -- what is the last column mean?

10   What is it?  How do you -- what's the

11   calculation that produces the last column,

12   it's 25 percent of what?

13        A     25 percent out of the profit

14   and the cost and all the other stuff.

15        Q     So you -- well, for example,

16   if we're looking at the first line, the

17   profit is 1134 -- $1,134.90?

18        A     One second.  Okay.

19        Q     All right.  And are you

20   saying, then, that 278 is 25 percent of

21   that profit?

22        A     Minus 200.

23        Q     Right?

24              MR. HORN:  Just let the record

25         reflect that the witness is using a

Page 218

1                    Albert Alishayev

2        calculator.

3                    THE WITNESS:  Is that okay?

4                    MR. HORN:  No, I just have to

5        let the record reflect.  I know we

6        have it on video, but.

7        A        Okay.  Yeah, 25 percent, I

8    need to sustain my business.

9        Q        The last column is 25 percent

10   of your profits?

11       A        25, 25 percent.

12       Q        So you take the -- so what you

13   did is you take the profit column, and you

14   get 25 percent of that number and that's

15   the last column?

16       A        Right.

17       Q        Okay.  And the reason you say

18   you want to know what 25 percent of your

19   profits are, you want to know what

20   25 percent of your profits are because

21   what?

22       A        If it's feasible to even work

23   with this doctor, am I getting all my

24   paperwork.  It says here status, denied,

25   30-day rules, for example, paid in full,

Page 219

```
 1                 Albert Alishayev
 2    resubmitted, needs AOP and HIPAA, so I
 3    can't really --
 4         Q      Yeah, I -- what I'm trying to
 5    understand is why do you need to divide
 6    your profits essentially by four to do that
 7    calculation to figure out whether this
 8    doctor is profitable or not?
 9         A      To run this business, if I
10    want to continue working with this doctor.
11         Q      I understand.
12                But explain to me, what's the
13    reason -- what's the reason you divide your
14    profits by four?  Why do you need that --
15    why do you need a number?
16                Why do you need your profits
17    divided by four to figure out whether this
18    doctor is profitable?
19         A      I need to see if I can
20    continue working with this doctor.
21         Q      And the only way you can do
22    that is by dividing your profits by four?
23         A      It could be by four, by five,
24    the least is 25 percent.
25         Q      Well --
```

```
 1                    Albert Alishayev
 2        A         If I'm making less than that
 3   based on -- because as you can see over
 4   here, no insurance but the medication went
 5   out.  If it's all in yellow, then I'm good,
 6   I don't want to work with this doctor.
 7        Q         Well, what you're -- but you
 8   understand that 278, is not -- that's
 9   not -- that doesn't mean that's a
10   25 percent profit margin, right, that's
11   just 25 percent of your total profits?
12        A         Right.
13        Q         All right.  So what I'm trying
14   to understand is why would you divide your
15   profits by four to figure out whether it's
16   profitable?  Why wouldn't you just look at
17   your total profits?
18        A         Why not.
19        Q         Is there any reason you can
20   think of other than "why not"?
21        A         There's no reason, no.
22        Q         Okay.
23        A         It's my own report.
24        Q         Okay.
25        A         And then the statuses, that's
```

```
                                        Page 221
 1                    Albert Alishayev
 2     what I need to obtain.
 3          Q        Okay.
 4          A        Is look at the status.
 5          Q        So what you do is -- so you
 6     create this report, you figure out what
 7     your profits are and you divide them by
 8     four because that's a helpful way for you
 9     to figure out if your business is
10     profitable, correct?
11          A        Correct.
12          Q        Okay.  And the first line item
13     tells us that at least on this first
14     compound, you made a profit of $1,334.85;
15     is that right, that was your profit, right?
16          A        Right.
17          Q        Okay.  Now, why did 21st
18     Century share this report, reflecting its
19     profits, with the marketer?
20          A        So I'm not really reflecting
21     the profits, I am status, that's what I
22     need.
23          Q        Well --
24          A        I need the status.  I could
25     share whatever I want.  I just want to look
```

```
                                    Page 222

 1                  Albert Alishayev

 2    at the status, so I'm telling her to give

 3    me the paperwork that I need because I

 4    can't obtain it.  I'm calling doctors, the

 5    girls are not giving me whatever paperwork

 6    I need.  So I will send them back, this is

 7    the report and get me insurance

 8    information, verification requests, initial

 9    reports, because I'm not getting paid.

10         Q        Okay.

11         A        And then I can see if I even

12    worth working with this doctor or with this

13    rep.

14         Q        Okay.  So your -- if I

15    understand what you're saying, your --

16    the -- the reason that you send this

17    report --

18         A        Maybe I should have just

19    blanked that off, that's what you mean.

20         Q        Well, I'm asking you, you tell

21    me.

22         A        Right.  You have a point

23    there.

24         Q        I'm asking you, you tell me.

25         A        Yeah.
```

1              Albert Alishayev

2       Q        Why -- Exhibit 84, why did you

3   send a report -- why did you send -- why

4   did 21st Century send this report to the

5   marketer?

6       A        To get me what I need on the

7   status.

8       Q        Okay.  So in other words,

9   you -- the reason you sent this report is

10  because there's a status column and you

11  wanted the marketer to follow up on the

12  status?

13      A        Correct.

14      Q        Okay.

15      A        Because we cannot get in

16  contact with them.

17      Q        Were you concerned that the

18  marketer was going to see how much money

19  you were making on your medications?

20      A        No.

21      Q        Didn't matter to you?

22      A        No.

23      Q        Okay.  And that calculation in

24  the final column, did that have anything to

25  do with the marketer?

Page 224

1                    Albert Alishayev

2        A        No.

3        Q        Okay.  And was Dr. Halioua a

4    doctor that Paul Dantes, Tops, Angela

5    Dantes and Dantes and Dantes connected 21st

6    Century with?

7        A        Yeah.

8        Q        Okay.  So this -- and so was

9    this a doctor that was producing for 21st

10   Century?

11       A        Yes.

12       Q        Okay.  And so did Tops and --

13   and the Dantes -- were they recognized for

14   the success of getting prescriptions for

15   Dr. Halioua?

16       A        What do you mean?

17       Q        Well, did they get any benefit

18   from Dr. Halioua writing a prescription?

19       A        No, they got a flat fee.

20       Q        They got no benefit

21   whatsoever?

22       A        No.

23       Q        Okay.  Well, I take it, they

24   got to continue to work with 21st Century?

25       A        No longer working with me, no.

Page 225

1              Albert Alishayev

2      Q       Why are they no longer working

3   with you?

4      A       Because they're just not

5   working with me.

6      Q       Why not?

7      A       I don't know, just not

8   working.

9      Q       Do you have any idea why

10   they're not working with you anymore?

11      A       A lot of issues.

12      Q       Well, like what?

13      A       Not getting reports, just

14   they're -- their doctors are not giving me

15   what I need.

16      Q       What do you mean they're not

17   giving you what you need?

18      A       Verification reports, initial

19   reports, I'm not getting paid.

20      Q       You're not getting -- the

21   doctors are no longer producing?

22      A       Right.

23      Q       So you stopped working with

24   them?

25      A       Right.

Page 226

1                     Albert Alishayev

2          Q         How is -- how is the document

3     that's attached to Exhibit 85 created,

4     what's the source of this document?

5          A         One of the employees.

6          Q         Okay.  From what -- I take

7     it's from data that 21st Century maintains?

8          A         If it's data maintained, no.

9          Q         What --

10         A         Maybe it was the only one that

11    was made, maybe one or two, that's it.

12         Q         You're saying there's only one

13    or two documents like this exhibit?

14         A         Yeah.

15         Q         That exist, there aren't any

16    others?

17         A         I don't think so.

18         Q         Where did they get this

19    information from that created this

20    spreadsheet?

21         A         From our system.

22         Q         Okay.  From what system?

23         A         My Micro Merchant.

24         Q         So Micro Merchant can generate

25    the data that's reflected in this report,

Page 227

1                    Albert Alishayev
2    correct?
3         A        Not totally.
4         Q        Well --
5         A        This has to be done manually.
6         Q        All right.  Which of the
7    columns that are in Exhibit 85 have to be
8    created manually?
9         A        Everything.
10        Q        All of the columns on
11   Exhibit 85 have to be created manually?
12        A        Yes.
13        Q        So someone by hand typed out
14   Exhibit 85?
15        A        Right.
16        Q        This was not -- this was not a
17   spreadsheet that was generated by a
18   computer?
19        A        No.  My computer won't tell me
20   needs insurance information.
21        Q        Okay.  So you -- the testimony
22   is, is that, that this chart that's here
23   was typed up by hand?
24        A        Yeah.
25        Q        All right.  The spreadsheet

Page 228

1              Albert Alishayev

2    refers this, you see it says attachment dot

3    XLS?  On the first -- first page.

4              Do you know what an XLS

5    extension means when it's connected to a

6    document name?

7        A      No.  What is it?

8        Q      You don't know?

9        A      No.

10        Q      Okay.

11        A      Excel?

12        Q      Well, do you know whether it

13    means Excel or not?

14        A      Yeah.

15        Q      All right.  If we take a look

16    at Exhibit 86, Exhibit 86 has one, two,

17    three, four, five, six, seven, eight Excel

18    spreadsheets attached to it, each with a

19    different doctors name.

20              Do you see that?

21        A      Mm-hmm.

22        Q      So in fact, there are eight

23    different reports?

24        A      Okay.

25        Q      For each of the different

Page 229

1                    Albert Alishayev

2    doctors, correct?

3        A       Right.

4        Q       All right.  So does that alter

5    what you're saying, are there in fact

6    reports like these generated on a regular

7    basis for each of the doctors who worked

8    for 21st Century?

9                    MR. HORN:  Objection.

10                   You can answer.

11       A       No.

12       Q       No.  So are you saying the

13   ones that are Exhibit 85 and the ones that

14   are Exhibit 86, are the only ones that were

15   ever created by 21st Century that --

16       A       Only the ones I'm concerned

17   about, yes.

18       Q       Well, are they the only ones

19   that were ever created?

20       A       I believe so, yes.

21       Q       All right.  Why were the ones

22   that were Exhibit 86 sent to Tops?

23       A       Because he was representing

24   him.

25       Q       So all of the doctors that are

Page 230

1                    Albert Alishayev

2      in Exhibit 86, these are doctors -- these

3      are all doctors that Tops connected you

4      with, correct?

5           A      Hold on.  (Perusing).  Yes.

6                  MR. HORN:  Don't guess, if you

7           know.

8           A      Yes.

9           Q      All right.  Is all of the

10     information that's in Exhibit 85 and

11     Exhibit 86, in the Micro Merchant system of

12     21st Century?

13                 MR. HORN:  I'm sorry?

14          A      Sorry?

15                 MR. HORN:  Can you -- yeah, I

16          didn't.

17          Q      Is all of the information that

18     is in the charts that are in Exhibit 85 and

19     86 in the Micro Merchant system of 21st

20     Century?

21          A      I'm not understanding you.

22          Q      Is all of the data, the

23     information that goes into the charts --

24          A      You mean these pages, mm-hmm.

25          Q      -- is that in the Micro

Page 231

1            Albert Alishayev

2    Merchant system of 21st Century?

3        A        Yeah.

4                 MR. HORN:  And the charts

5        we're talking about are 85 and 86.

6        Q        And the charts which are

7    Exhibit 85 and 86?

8        A        Yeah.

9        Q        Okay.

10       A        That's the only system we

11   have.

12                Some of these doctors don't

13   care if you get paid or not, they just send

14   you the script and --

15                MR. HORN:  Don't keep talking,

16       just answer questions.

17                (One-page email chain

18       previously marked for identification

19       as Exhibit 67.)

20       Q        Showing you what has been

21   previously marked as Deposition Exhibit

22   No. 67.

23                This is an email from Sabrina

24   Loduca, who we've previously indicated is

25   with Exit Marketing.

1                    Albert Alishayev

2      through it in more detail, but I'm trying

3      to sort of be more efficient here; so is

4      that --

5           A       Yeah.

6           Q       All right.  So do you know --

7      in other words, when I say that, you know,

8      he came in, you would have had a

9      probationary period with him, he would have

10     gotten through the probationary period, if

11     he was performing you would have continued

12     to work with him, if his doctors stopped

13     producing you would have stopped working

14     with him.

15                    Is that a fair description?

16          A       Correct.

17          Q       So when I talk about your

18     relationship with marketers, and we're

19     going to talk about a few of them, that

20     relationship holds true with all the

21     marketers or networkers you worked with,

22     correct?

23          A       Correct.

24          Q       And Tommy Novakov as well as

25     all the others, true?

Page 239

1                       Albert Alishayev

2          A          Yeah.

3          Q          So with respect to Tommy

4     Novakov, do you know what doctors, clinics

5     or locations that Tommy Novakov dealt with?

6          A          Don't.

7          Q          Do you know anything about

8     Tommy Novakov's dealings, communications

9     with doctors, clinics or locations?

10         A          No.

11         Q          Are there any documents that

12    21st Century has that reflect that anything

13    Tommy Novakov did or Tommy Novakov Business

14    Services did for 21st Century?

15         A          No.

16         Q          Are you aware of whether Tommy

17    Novakov or Novakov Business Services paid

18    any kickbacks or had any other financial

19    arrangements that produced prescriptions?

20         A          No.

21         Q          Has the relationship with

22    Tommy Novakov and Novakov Business Services

23    ended?

24         A          Yes.

25         Q          Okay.  Why did it end?

```
                                          Page 240
 1                   Albert Alishayev
 2        A        Just ended.
 3        Q        For any particular reason?
 4        A        Fired.
 5        Q        You fired him?
 6        A        Yeah.
 7        Q        Why?
 8        A        I don't know, just fired him.
 9        Q        Is it because --
10        A        Because -- what are you trying
11   to say, go ahead?
12        Q        Well, don't let me interrupt
13   you.  Were you --
14        A        You were going first.
15        Q        Okay.  Was it because the
16   doctors, clinics and locations that he
17   identified as the ones he was going to
18   connect you with were not producing?
19        A        That's one of the issues.
20        Q        Okay.  Were there any other
21   issues that you remember?
22        A        Family issues.
23        Q        Family issues that he had?
24        A        (Indicating.)
25        Q        Were there family disputes
```

Page 373

1

2                     C E R T I F I C A T I O N

3

4    STATE OF NEW YORK    )

                         : ss.:

5    COUNTY OF NEW YORK  )

6

7         I, BRITTANY SALINE, a Notary Public for and

8    within the State of New York, do hereby certify:

9         That the witness whose testimony as herein

10   set forth was duly sworn by me.

11        I further certify that I am not related to

12   any of the parties to this action by blood or

13   marriage, and that I am in no way interested in

14   the outcome of this matter.

15        IN WITNESS WHEREOF, I have hereunto set my

16   hand this 27th day of September, 2019.

17

18

19        *Brittany Saline*

20     BRITTANY SALINE

21

22

23

24

25