October 8, 2020

**VIA ECF**

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**   *State Farm Mut. Auto. Ins. Co., et al. v. 21st Century Pharmacy, Inc., et al.*,
   **17 Civ. 5845-MKB-VMS – Joint Status Update on Mediation**

Dear Judge Scanlon:

Pursuant to the Court's September 18, 2020 Text Order extending the motion for a stay of proceedings in the above-referenced action, the Parties[1] write jointly to update the Court on the status of the Parties' discussions since mediation and to respectfully request continuation of the stay of proceedings for 21 days until October 29, 2020, at which time they propose to submit an additional report.[2]

Since the last status report on September 17, 2020, the Parties have continued to make progress towards potential resolution of this action, including the exchange of additional offers, but have not yet been able to reach a settlement. The Parties are continuing discussions, aided by the mediator, and believe an additional short period of time will be constructive. They respectfully propose a further continuation of the stay period during which they will refrain from engaging in any discovery or motion practice to focus on resolving their disputes.

This stay period will further relieve the Parties from the time, costs, and burden of complying with their respective discovery and motion practice obligations during settlement discussions and preserve the Parties' and the Court's resources.

Accordingly, the Parties respectfully request that the stay period for all discovery and motion practice continue and that the parties submit an additional report to the Court within 21 days, on or before October 29, 2020.

---

[1] The "Parties" include

   (i) Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company; and

   (ii) Defendants 21st Century Pharmacy Inc., Albert Alishayev, Iris Itskhakov a/k/a Istam Itskhakov, Peter Khaim a/k/a Peter Khaimov a/k/a Petr Khaimov, Tariel Begiyev, Express Billing & Collection Inc, Anturio Marketing, Inc., Logic Consulting, Inc., P&K Marketing Services Inc, A&P Holding Group Corp, New Business Resources Group Inc, K&L Consultants Inc, New Business Funding Inc, TBM Solution Inc, TAR Group Inc, Azu A. Ajudua, M.D., and Vincentiu Popa, M.D.

[2] Defendants Timothy Morley, M.D., Jo-Ann Shakarjian, M.D., and Personal Tech Inc have not answered the First Amended Complaint, and Certificates of Default have been entered against them. Dkts. 185–87.

Respectfully Submitted By:

**THE RUSSELL FRIEDMAN LAW GROUP, LLP**

By: *Charles Horn*
Charles Horn, Esq.
Jennifer Strong, Esq.
3000 Marcus Avenue, Suite 2E03
Lake Success, New York 11042
Telephone: 516.355.9696
chorn@rfriedmanlaw.com
jstrong@rfriedmanlaw.com

*Attorneys for Defendants 21st Century Pharmacy Inc., Albert Alishayev, Iris Itskhakov a/k/a Istam Itskhakov, Express Billing & Collection Inc, Azu A. Ajudua, M.D., and Vincentiu Popa, M.D.*

**GARY TSIRELMAN, P.C.**

By: *Nicholas Bowers*
Gary Tsirelman, Esq.
Nicholas Bowers, Esq.
129 Livingston Street, 2ndFloor
Brooklyn, NY 11201
Telephone: 718.438.1200 ext 118
gtsirelman@gtmdjd.com
nbowers@gtmdjd.com

*Attorneys for Defendants Peter Khaim a/k/a Peter Khaimov a/k/a Petr Khaimov, Tariel Begiyev, Anturio Marketing, Inc., Logic Consulting, Inc., P&K Marketing Services Inc, A&P Holding Group Corp, New Business Resources Group Inc, K&L Consultants Inc, New Business Funding Inc, TBM Solution Inc, TAR Group Inc*

**KATTEN MUCHIN ROSENMAN LLP**

By: *Jonathan Marks*
Ross O. Silverman
Jonathan L. Marks
Matthew R. Ryan
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
ross.silverman@katten.com
jonathan.marks@katten.com
matthew.ryan@katten.com

Christopher T. Cook
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: 212.940.8800
Facsimile: 212.940.8876
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

2